UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-61308-CIV-SCOLA/ROSENBAUM

DWAYNE JONES,

       Plaintiff,

v.

CELEBRATION CRUISE OPERATOR, INC.*,*

       Defendant.

_____/

ORDER VACATING HEARING

This matter comes before the Court on Plaintiff's Objections and Motion to Quash Subpoena Duces Tecum Intended to Be Served on Dr. Santiago Figuereo [D.E. 38]. Previously, the Court set a hearing on Plaintiff's Motion for Friday, March 16, 2012. *See* D.E. 41. Counsel for Defendant, however, has advised the Court that he is unavailable through March 26, 2012, due to a death in the family. Accordingly, the Court's March 14, 2012, Order Setting Hearing [D.E. 41] is hereby **VACATED**, and the hearing on Plaintiff's Motion is **CANCELED**.

In an effort to facilitate the prompt resolution of Plaintiff's Motion, the Court instead directs Plaintiff to file a notice by **Friday, March 16, 2012**, stating whether Dr. Figueroa advised Plaintiff

that he is a surgical candidate or otherwise suggested treatment of any type to Plaintiff.

**DONE and ORDERED** this 14th day of March 2012.

ROBIN S. ROSENBAUM
UNITED STATES MAGISTRATE JUDGE

cc:    Hon. Robert N. Scola, Jr.
       Counsel of Record