UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-61308-Civ-SCOLA

DWAYNE ALVIN JONES,

    Plaintiff,

vs.

CELEBRATION CRUISE
OPERATOR, INC., et al.,

    Defendants.
_____/

**ORDER CLOSING CASE UPON NOTICE OF SETTLEMENT**

THIS MATTER is before the Court upon Notice of Settlement [ECF No. 78]. The parties have indicated that they have settled this matter, and it will be administratively closed pending the filing a stipulation of final dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), or the Plaintiff moving for dismissal pursuant to Rule 41(a)(2). A stipulation of final dismissal, or a motion for dismissal, ***shall be filed by June 29, 2012***. If the parties file a stipulation of final dismissal pursuant to Rule 41(a)(1)(A)(ii) and they wish to have this Court retain jurisdiction to enforce any settlement agreement they have reached, the parties must include the following sentence in their stipulation of dismissal: "The effectiveness of this stipulation of dismissal is conditioned upon the Court's entry of an order retaining jurisdiction to enforce the terms of the settlement agreement reached in this case." *See Anago Franchising, Inc. v. Shaz, LLC*, 2012 WL 1380417, at *6 (11th Cir. Apr. 23, 2012). Any party may move to re-open the case should there be a problem in reaching a final settlement agreement. The Clerk shall **CLOSE** this case. All pending motions, if any, are **DENIED** as moot.

    **DONE and ORDERED** in chambers at Miami, Florida on May 31, 2012.

                                                                            _____
                                                                            ROBERT N. SCOLA, JR.
                                                                            UNITED STATES DISTRICT JUDGE

Copies to:
*Designated U.S. Magistrate Judge*
*Counsel of record*